To: Judge Brian M. Cogan
To: Magistrate Judge Lois Bloom
Case # CV19-6392
Cause: 42:1983 Civil Rights Act
Date Filed: 02/10/2020.



RECEIVED
FEB 10 2020
PRO SE OFFICE

The reason I'm requesting additional time to to amend case no. CV19-6392 because I just submitted my Affidavits of Services with the court on Febuary 5, 2020 and I later learned that there was a decision to dismissed defendants made on January 23, 2020. on a incomplete process that was not complete until 02/5/2020, I never received the mail of this decision as of yet, I called on 02/07/2020 at 3:53pm and asked the pro se clerk for proof of service and was told that they didn't have to provide me with a proof of service because it was send out thru regular mail, and that I dont understand being that the seriousness of this case requires proof of service of such a decision

or any decision made by a Judge on record. I am respectfully requesting for additional time to prepare and amend this case # CV19-6392.

Carthen, Tyrone Laval

Thank you in advance.

Date: 02/10/2020

*[Signature]*
**CLASSIE DOCKERY**
COMMISSIONER OF DEEDS
City of New York -No.212903
Qualified in Kings County
Commissioner Expires December 1, 2020

February 10, 2020