**ORIGINAL**

EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------X

Carthen, Tyrone Laval

                                        Plaintiff,

                -against-

The City of New York Police Department
79th Precinct

                                        Defendants.

--------------------------------------------------------X

**AMENDED COMPLAINT**

19 CV -6392 (*BMC*)(*LB*)

"See Attached" Names in Personal Capacity:

(1) The City of New York Police Department 79th Precinct (Agency) 263 Tompkins Avenue, Brooklyn, New York 11216
(2) Ortiz, Juana
(3) Chase, Kamron
(4) Doe, John aka Hunter, Shield No 21769
(5) Gonzalez, Eric
(6) Mckellar, Shaneka
(7) Birbach, Stuart
(8) Dechalus, Henry
(9) Schroeder, Mark J.F
(10) Yavinsky, Michael
(11) Novillo, Edwin
(12) Archana, Rao
(13) Gubbay, Joseph
(14) Gingold, Hilary
(15) Smoot, James
(16) Doe, John aka Joe, Shield No. 265
(17) Napollitano, Terry
(18) Julian, K.
(19)  Williams, Kimberly
(20) Jenkins, Monica
(21) Jeffries, Raniesha
(22) Znamenshchikova, Anna
(23) Cummings, Dalila
(24) Maccormack, Nathan
(25) Vidals, Kimberly

RECEIVED
FEB 2 1 2020
PRO SE OFFICE

Judges:
Michael Yavinsky , Rao Archana
Edwin Novillo  , Hilary Gingold
Joseph Gubbay

Case #
CR-005657-19KN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Carthen, Tyrone Laval

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

The city of New York Police
Department 79 Precinct.
See Attached

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**

(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

Judges: micheal Yavinsky, Rao Archana          Case #
    Edwin Novillo, Hilary Gingold          CR-005657-19KN
    Joseph Gubbay

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name              Carthen, Tyrone Laval
Street Address    257 Nostrand Avenue #525
City and County   Brooklyn , Kings
State and Zip Code  New York  11205
Telephone Number  347) 447 - 2930
E-mail Address    _____

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known) and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both.  Attach additional pages if
needed.

Defendant No. 1

Name              The City of New York Police Department 79TH Precinct
Job or Title      Agency
(if known)
Street Address    263 Tompkins Avenue
City and County   Brooklyn , Kings
State and Zip Code  New York , 11216
Telephone Number  _____
E-mail Address    _____
(if known)

Judges:
micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657 -19KN

2

Defendant No. 2

Name — Chase Kamron #11421

Job or Title — Police officer
(if known)

Street Address — 263 Tompkins Avenue

City and County — Brooklyn , Kings

State and Zip Code — New York , 11216

Telephone Number —

E-mail Address —
(if known)

Defendant No. 3

Name — Ortiz Juana #8870

Job or Title — Police officer
(if known)

Street Address — 263 Tompkins Avenue

City and County — Brooklyn , Kings

State and Zip Code — New York , 11216

Telephone Number —

E-mail Address —
(if known)

Defendant No. 4

Judges:

Micheal Yavinsky

Edwin Novillo

Joseph Gubbay

Rao Archana

Hilary Gingold

Name — Doe, John AKA Hunter #21769

Job or Title — Police officer
(if known)

Street Address — 263 Tompkins Avenue

City and County — Brooklyn , Kings

State and Zip Code — New York , 11216

Telephone Number —

E-mail Address —
(if known)

Case #

CR-005657-19KN

**II.**   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒   State or local officials (a § 1983 claim)

☐   Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SEE ATTACHED

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?



D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Judges:
micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

SEE ATTACHED

Case #
CR-005657-19KN

III.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Brooklyn , New York, Nostrand Avenue and Herkimer Street

B.   What date and approximate time did the events giving rise to your claim(s) occur?

On Febuary 9, 2019   Time: 4:25 pm

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

See Attached

Judges:
micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

**IV.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_See Attached_

**V.      Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.   If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.   Explain the basis for these claims.

Judges:

Hilary Gingold          _See Attached_

micheal Yavinsky

Edwin Novillo

Joseph Gubbay

Rao Archana

Case #

CR-005657-19KN

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _02-15_, 20_20_

Signature of Plaintiff _Canthen, Tyrone Laval_

Printed Name of Plaintiff _Canthen, Tyrone Laval_

Subscribed and sworn to before me
this _15_ day of _february 2020_

_Classie Dockery_
Notary Public

**CLASSIE DOCKERY**
COMMISSIONER OF DEEDS
City of New York -No.212903
Qualified in Kings County
Commissioner Expires December 1, 20 _20_

Judges: Micheal Yavinsky          Case#
        Edwin Novillo             CR-005657-19KN
        Joseph Gubbay
        Rao Archana
        Hilary Gingold

**"See Attched" Names in Personal Capacity:**
**(1) The City of New York Police Department 79th Precinct (Agency)**
263 Tompkins Avenue, Brooklyn, New York 11216

(2) **Ortiz, Juana** is an employee for The city New York.

(3) **Chase, Kamron** is an employee for The city New York.

(4) **Doe, John aka Hunter, Shield # 21769** is an employee for The city New York.

(5) **Gonzalez, Eric** is an employee for The city of New York.

(6) **Mckellar, Shaneka** is an employee for The city of New York.

(7) **Birbach, Stuart** is an employee for The city of New York.

(8) **Dechalus, Henry** is an employee for The city of New York.

(9) **Schroeder, Mark J.F.** is an employee for New York State.

(10) **Yavinsky, Michael** is an employee for The city of New York.

(11) **Novillo, Edwin** is an employee for The city of New York.

(12) **Rao, Archana** is an employee for The city of New York.

(13) **Gubbay, Joseph** is an employee for The city of New York.

(14) **Gingold, Hilary** is an employee for The city of New York.

(15) **Smoot, James** is an employee for The city of New York.

(16) **Doe, John aka Joe Shield # 265** is an employee for The city of New York.

(17) **Napollitano, Terry Shield # Unknown** is an employee for The city of New York.

(18) **Julian, K** is an employee for The city of New York.

(19) **Williams, Kimberly** is an employee for The city of New York.

Judges:
Michael Yavinsky, Joseph Gubbay
Edwin Novillo, Rao Archana
Hilary Gingold 8

(20) **Jenkins, Monica** is an employee for The city of New York.

(21) **Jeffries, Raniesha** is an employee for The city of New York.

(22) **Znamenshchikova, Anna** is an employee for The city of New York.

(23) **Cummings, Dalila** is an employee for The city of New York..

(24) **Maccormack, Nathan** is an employee for The city of New York.

(25) **Vidals, Kimberly** is an employee for The city of New York.

Judges:

Michael Yavinsky, Edwin Novillo

Joseph Gubbay, Rao Archana

Hilary Gingold

Case #

CR-005657-19 KN

9

**II Basis for jurisdiction (attachment)**

**B.**
**Violations of:**
Title 18 United States Code section 4
Title 18 United States Code sections 241, 242, 245(b)(2)(B),
Title 18 United States Code section 1028A(a)(1)(c)(4),
Title 18 United States Code section 1341,
Title 18 United States Code section 1001(1)(2)(3),
Title 42 United States Code section 1981(a)(c),
Title 42 United States Code section 1985(2)(3),
Title 42 United States Code section 1986,
The Constitution of the State of New York
Bill of Rights violations: Article 1 sections 1, 2, 4, 6, 7, 8, 11, 12, Article 13 section 1,
United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3,
Bill of Rights Amendments 1, 4, 5, 6, 8, 13th Amendment, 14th Amendment section 1.

**D.**
**(1) The City of New York Police Department 79th Precinct** and it's employees has violated
my civil rights and was therefore acting under color of law, assault, false arrest, sexual abuse,
kidnap, sexual assault, identity theft, depriving plaintiff from his liberty to travel, due process of
law, and equal protection of the laws, fraud, defraud, false statements, violations of Title 18
United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1341,
Title 18 United States Code section 1001(1)(2)(3), Title 18 United States Code section
1028A(a)(1)(c)(4), Title 42 United States Code section 1985(3), The Constitution of the State of
New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7,8, 11, 12, Article 13 section 1,
United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill
of Rights Amendments 1, 4, 5, 6, 8, 13th Amendment, 14th Amendment section 1.

**(2) Ortiz, Juana** is an employee for The city of New York and was therefore acting under color
of law, identity theft, Constitutional violations depriving plaintiff from his liberty to travel, due
process of law, equal protection of the laws, false arrest, sexual abuse, kidnap, sexual assalt,
fraud, defraud, false statements, defamation of character, Title 18 United States Code sections
241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United
States Code section 1985(3), The Constitution of the State of New York Bill of Rights violations:
Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations:
Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendment 1, 4, 5, 6, 8,
13th Amendments, 14th Amendment section 1.

Judges:
Michael Yavinsky, Joseph Gubbay, Hilary Gingold
Edwin Novillo, Rao Archana
Case # CR-005657-19KN

10

(3) **Chase, Kamron** is an employee for The city of New York and was therefore acting under color of law, identity theft, Constitutional violations depriving plaintiff from his liberty to travel, due process of law, false arrest, sexual abuse, kidnap, sexual assalt, equal protection of the laws, fraud, defraud, false statements, defamation of character, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1985(3), The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendment 1, 4, 5, 6, 8, 13th Amendments, 14th Amendment section 1.

(4) **Doe, John aka Hunter, Shield # 21769** is an employee for The city of New York and was therefore acting under color of law, identity theft, Constitutional violations depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, false arrest, sexual abuse, kidnap, sexual assalt, fraud, defraud, false statements, defamation of character, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1985(3), The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 13th Amendment, 14th Amendment section 1.

(5) **Gonzalez, Eric** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations:   Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8,   8, 14th Amendment section 1.

(6) **Mckellar, Shaneka** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6,   8, 14th Amendment section 1.

(7) **Birbach, Stuart** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, waving rights, due process of law,

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay
Rao Archana, Hilary Gingold    Case #
                        11 CR-005657-19KN

equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8,   8, 14th Amendment section 1.

(8) **Dechalus, Henry** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, waving rights, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 14th Amendment section 1.

(9) **Schroeder, Mark J.F.** is an employee for New York State and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, Title 18 U.S. Code section 1001(a)(1)(2)(3) Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments   1, 4, 5, 6,   8, 14th Amendment section 1.

(10) **Yavinsky, Micheal** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 14th Amendment section 1.

(11) **Novillo, Edwin** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold   Case#
CR-005657-19KN

12

Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 14th Amendment section 1.

(12) **Rao, Archana** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4. 5, 6, 8, 14th Amendment section 1.

(13) **Gubbay, Joseph** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4. 5, 6, 8, 14th Amendment section 1.

(14) **Gingold, Hilary** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 14th Amendment section 1.

(15) **Smoot, James** is an employee for The city of New York and was therefore acting under color of law, depriving plaintiff from his liberty to travel, due process of law, equal protection of the laws, Title 18 United States Code section 4, identity theft, fraud, defraud, false statements, defamation of character, malicious prosecution, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4. 5, 6, 8, 14th

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold  case# CR-005657-19KN

13

Amendment section 1.

(16) **Doe, John aka Joe Shield # 265** is an employee for The city of New York and was therefore acting under color of law, identity theft, defamation of character, malicious prosecution, Constitutional violations depriving plaintiff from due process of law, equal protection of the laws, Title 18 United States Code section 4, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 42 United States Code sections 1985(2), 1986. The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations:   Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 14th Amendment section 1.

(17) **Napollitano, Terry Shield # Unknown** is an employee for The city of New York and was therefore acting under color of law, identity theft, defamation of character, malicious prosecution, Constitutional violations depriving plaintiff from due process of law, equal protection of the laws, Title 18 United States Code section 4, Title 18 United States Code sections 241, 242, 245(b)(2)(B), Title 42 United States Code sections 1985(2), 1986. The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3,   Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 14th Amendment section 1.

(18) **Julian, K** is an employee for The city of New York and was therefore acting under color of law, defamation of character, malicious prosecution, depriving plaintiff from due process of law, equal protection of the laws and violation of Title 18 United States Code section 4, Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 14th Amendment section 1.

(19) **Williams, Kimberly** is an employee for The city of New York and was therefore acting under color of law, defamation of character, malicious prosecution, depriving plaintiff from due process of law, equal protection of the laws and violation of Title 18 United States Code section 4, Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 14th Amendment section 1.

(20) **Jenkins, Monica** is an employee for The city of New York and was therefore acting under color of law, defamation of character, malicious prosecution, depriving plaintiff from due process of law, equal protection of the laws and violation of Title 18 United States Code section 4, Title 42 United States Code section 1986, The Constitution of the State of New York Bill of

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold. Case# CR-005657-19KN

14

Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 14th Amendment section 1.

(21) **Jeffries, Raniesha** is an employee for The city of NewYork and was therefore acting under color of law, defamation of character, malicious prosecution, depriving plaintiff from due process of law, equal protection of the laws and violation of Title 18 United States Code section 4, Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 14th Amendment section 1.

(22) **Znamenshchikova, Anna** is an employee for The city of NewYork and was therefore acting under color of law, defamation of character, malicious prosecution, depriving plaintiff from due process of law, equal protection of the laws and violation of Title 18 United States Code section 4, Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4. 5, 6, 14th Amendment section 1.

(23) **Cummings, Dalila** is an employee for The city of NewYork and was therefore acting under color of law, defamation of character, malicious prosecution, depriving plaintiff from due process of law, equal protection of the laws and violation of Title 18 United States Code section 4, Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2. 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments   1, 4, 5, 6, 14th Amendment section 1.

(24) **Maccormack, Nathan** is an employee for The city of NewYork and was therefore acting under color of law, defamation of character, malicious prosecution, depriving plaintiff from due process of law, equal protection of the laws and violation of Title 18 United States Code section 4, Title 42 United States Code section 1986, The Constitution of the State of New York Bill of Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 14th Amendment section 1.

(25) **Vidals, Kimberly** is an employee for The city of NewYork and was therefore acting under color of law, defamation of character, malicious prosecution, depriving plaintiff from due process of law, equal protection of the laws and violation of Title 18 United States Code section 4, Title 42 United States Code section 1986, The Constitution of the State of New York Bill of

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold   Case# CR-005657-19KN

15

Rights violations: Article 1 sections 1, 2, 6, 7, 8, 11, 12, Article 13 section 1, United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 14th Amendment section 1.

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold    Case #
CR-005657-19KN

16

**AMENDED COMPLAINT**
**III Statement of Claim**
**A.**
Brooklyn, New York, Nostrand Avenue and Herkimer Street.

**B.**
On Febuary 9, 2019, Time: 4:25 pm

**C.**
I was traveling on Fulton Street and made a right turn onto Nostrand Avenue and Officer's
Chase, Kamron shield number 11421 and Ortiz, Juana shield number 8870 stop me on Nostrand
Avenue and Herkimer Street and told me I made an illegal turn, and then asked me for license
and registration and my response was that I'm a traveler not a driver or operator which my tag in
the rear upper left corner of the window exhibited, TRAVELER-NOT-4-HIRE A Traveler not a
driver/operator or employed by an employer, the officers acted as if they didn't understand so I
asked the officers to call a lieutenant or captain down to the scene so I could explain to them that
I am not functioning within commerce and as I was speaking to officer Chase, Kamron shield
number 11421 and officer Hunter shield number 21769, officer Ortiz, Juana shield number 8870
enter my private property from the rear door attempting to place me in the chokehold then officer
Chase, Kamron shield number 11421 and officer Hunter shield number 21769 began to grab and
coerce me out the front seat of my private property against my free will, my children's mother
Joyner, Marquita   and her friend Mooney, Lillian was present to witness the Officers assaulted
me, sexually abused me, and then was kidnapped by Hunter shield number 21769 and one
unknown female officer who took me to The City of New York Police Department 79TH
Precinct were they further sexually assaulted me and held me hostage for hours against my will.
Gonzalez, Eric and Mckellar, Shaneka for The Brooklyn District Attorney's Office and
Associates, maliciously tried to prosecute me without a valid contract. Schroeder, Mark J.F. for
The State of New York Department of Motor Vehicles made false statements (defamation of
character) that led to me being unlawfully arrested. Micheal Yavinsky Supervising Judge for
Kings County Criminal Court neglected to prevent his fellow Judges Novillo, Edwin, Gubbay,
Joseph, Archana, Rao and Gingold, Hilary for Kings County Criminal Court from violating me
and my civil rights along with Smoot, James for Kings County Criminal Court Clerk's Office
administered the fraudulent case and tried to force their lawyers **Birbach, Stuart** and **Dechalus,**
**Henry Philip** on me waving my rights and I still haven't received the entire case file which has
been requested several times and refused, and using intimidation tactics by Court Officer's Joe
Shield #265 and Napollitano Terry shield # unknown threating to lock me up if me and my
family didn't leave the court room because I refused services from their lawyers, for speaking for
myself to Judge Novillo, Edwin, I was kicked out by the court officers who said that they would
call me back in when they recalled my case, but instead they had court without me while I was

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay,
Rao Archana, Hilary Gingold   17 Case# CR-005657-19KN

waiting in the hallway for the court to recall my case a couple of times this happened and on 09-12-2019 the case was dismissed and I was told to pick up the disposition the next day and on my return to retreive the disposition, I learned I had a warrant issued for my arrest for failure to appear shown in exhibit 5 page 28, the courts maliciously prosecuted me for almost a year with Gonzalez, Eric and Mckellar, Shaneka for The Brooklyn District Attorney's Office and Associates who dismissed the case on January 14, 2020, The city of New York and the above mentioned employees are in violation of my civil rights, due process of law, eqaul protection of the laws, defamation of character,   liberty to travel, idenity theft, false statements, fraud, defraud, malicious prosecution, acts under color of law. The Stenographers are in violation of Title 18 U.S. Code Section 4, and Title 42 United States Code section 1986. Defendants are in violations of Title 18 United States Code section 4, Title 18 United States Code section 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 18 United States Code section 1341, Title 18 United States Code section 1001(1)(2)(3), Title 42 United States Code section 1985(2)(3), Title 42 United States Code section 1986, The Constitution of the State of New York   Bill of Rights violations: Article 1 sections 1, 6, 7, 8, 11, 12, Article 13 section 1. United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 13th Amendment, 14th Amendment section 1.

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold   Case#
CR-005657-19KN

18

**IV. Injuries**

I am a victim of false arrest, attempted assault, assault, sexual abuse, kidnap, sexual assault, identity theft, false statements, defamation of character, unlawful imprisonment, due process of law, equal protection of the laws, fraud, defraud, waving rights, malicious prosecution, emotional pain and suffering, emotional distress, mental anguish, civil rights violations.

**V. Relief**

I am suing for damages in the amount for Five Hundred Million on the grounds for false arrest, identity theft, attempted assault, assault, sexual abuse, sexual assault, kidnap, defamation of character, unlawful imprisonment, waving rights, fraud, defraud, due process of law, equal protection of the laws, conspiracy to interfere with civil rights, trying to force their services on me with an officer of the court against my will, emotional pain and suffering, emotional distress, mental anguish, malicious prosecution, fraud on the court and all defendants are hereby notice that failure to appear and defend will result in a default judgment against the defendants for the relief demanded in the complaint. The defendants shall appear on the date and time the Judge put the case on the calendar.

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold

Case #
CR-005657-19KN

19

# EXHIBIT 1

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

20

# Criminal Court of the City of New York

### Part APAR        County of Kings

THE PEOPLE OF THE STATE OF NEW YORK

V.

**TYRONE CARTHEN**

State of New York
County of Kings

Defendant

Police Officer Juana Ortiz, shield number 8870, says that on or about February 9, 2019 at approximately 4:2\. PM at FULTON STREET / NOSTRAND AVENUE , County of Kings, State of New York, the defendant committed the offenses of:

VTL 509(1)    UNLICENSED OPERATOR
VTL 511(1)(A)    AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE THIRD DEGREE
VTL 511(2)(A)(IV)AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE SECOND DEGREE

in that the defendant did:
OPERATE OR DRIVE A MOTOR VEHICLE UPON A PUBLIC HIGHWAY OF THIS STATE OR UPON AN SIDEWALK OR TO OR FROM ANY LOT ADJACENT TO A PUBLIC GARAGE, SUPERMARKET, SHOPPING CENTER OR CAR WASHING ESTABLISHMENT OR TO OR FROM OR INTO A PUBLIC GARAGE OR CAR WASHING ESTABLISHMENT WITHOUT BEING DULY LICENSED PURSUANT TO THE PROVISIONS OF THIS CHAPTER; OPERATE A MOTOR VEHICLE UPON A PUBLIC HIGHWAY WHILE KNOWING OR HAVING REASON TO KNOW THAT SUCH PERSON'S LICENSE OR PRIVILEGE OF OPERATING SUCH MOTOR VEHICLE IN THIS STATE OR PRIVILEGE OF OBTAINING A LICENSE TO OPERATE SUCH MOTOR VEHICLE IS ISSUED BY THE COMMISSIONER WAS SUSPENDED, REVOKED OR OTHERWISE WITHDRAWN BY THE COMMISSIONER; COMMIT THE OFFENSE OF AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE THIRD DEGREE AS DEFINED IN SECTION FIVE HUNDRED ELEVEN SUBDIVISION ONE SUBDIVISION A OF THE VEHICLE AND TRAFFIC LAW, AND DEFENDANT HAD IN EFFECT THREE OR MORE SUSPENSIONS IMPOSED ON AT LEAST THREE SEPARATE DATES, FOR FAILURE TO ANSWER, APPEAR OR PAY A FINE.

The source of deponent's information and the ground for deponent's belief are as follows.

The deponent is informed by the sworn statement of Police Officer  Kamron Chase, shield number 11421, that at the above-listed time and place, the informant observed the defendant operate a motor vehicle, specifically a 1997 NISSAN MAXIMA, N/A State License plate N/A, in that informant observed the defendant sitting in the driver's seat of that vehicle, which was stopped on the above-mentioned street, a public highway, with its engine running.

The deponent is further informed by  he above-mentioned sworn statement of the informant that the informant conducted a review of the official records of the New York State Department of Motor Vehicles, and that it is the business of the Department to make such records, which are made and maintained in the regular course of business by persons under a legal obligation to make accurate entries within a reasonable time of the events or occurrences that those records describe, and that the ZFinest printout, attached to the sworn statement, reveals that at the above-mentioned time, the defendant's license to operate/privilege to operate/privilege of obtaining a license to operate a motor vehicle was suspended for failure to answer or appear in response to a summons or pay a fine and that, specifically, defendant had in effect 8 total suspensions (6 on 4 date(s)).

The deponent is further informed by the above-mentioned sworn statement of the informant that the basis for believing that the defendant had reason to know that defendant's privilege was suspended or revoked as detailed above is as follows: The defendant was unable to produce a valid license, and that the Department of Motor Vehicles routinely sends notification of suspensions or revocations to a motorist at the last address supplied by the motorist and that, if a privilege is suspended for failure to answer a traffic summons, the notice of suspension is mailed to the address supplied to the police officer by the motorist at the time the summons was issued.

The deponent is further informed by the above-mentioned sworn statement of the informant that  the defendant stated, in sum and substance, that the defendant resides at 235 TOMPKINS AVE

False statement made in this document are punishable
as a class a misdemeanor pursuant to section 210.45 of the Penal Law

February 09 2019

CR-005657-19KN

Judges

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao  Archana — Rao Archana

# EXHIBIT 2

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case#
CR-005657-19KN

CRIMINAL COURT OF THE CITY OF NEW YORK

Docket Number _____   Arraignment Date _____   Arraignment Judge _____

You are to appear in Court on _____ by 9:30 A.M. at Part _____ located at
120 Schermerhorn Street, Brooklyn, N.Y. 11201.

Your bail has been fixed at   $ _____   Insurance Company Bail Bond.
                              $ _____   or
                                             Cash Bail.

If you are released and you fail to appear at the time, date, and place indicated above.
    A Warrant for your Arrest will be issued.
    Your Bail, if any, will be forfeited.
    You may be charged with the crime of Bail Jumping.

If you are committed
    You have the right to communicate with relatives or friends by letter or telephone free of charge
    You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.

CRC 3021 (9/92)

(over) (sigue)

Judges!

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #

CR-005657-19KN

23

# EXHIBIT 3

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

Courtney Tyrone

## CRIMINAL COURT OF THE CITY OF NEW YORK

CR-005657-19KN
Docket Number

_____  _____
Arraignment Date                    Arraignment Judge

You are to appear in Court on _____ June 5 _____ by 9:30 A. M. at Part _____ ___ __ located at 120 Schermerhorn Street, Brooklyn, N.Y. 11201.

Your bail has been fixed at     $ _____

Insurance Company Bail Bond
or
$ _____     Cash Bail.

If you are released and you fail to appear at the time, date, and place indicated above,
A Warrant for your Arrest will be issued.
Your Bail, if any, will be forfeited.
You may be charged with the crime of Bail Jumping.

If you are committed:
You have the right to communicate with relatives or friends by letter or telephone free of charge.
You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

## PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.

CRC 3621 (8/92)                                                    (over) (sigue)

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

25

# EXHIBIT 4

Judges:

Micheal Yavinsky
Edwin Novillo
Joseph Cubbay
Rao Archana
Hilary Gingold

Case #

CR-00.5657-19KN

24

## CORTE CRIMINAL DE LA CIUDAD DE NUEVA YORK

Numero de Inscripcion _____   Fecha _____   Juez _____

Usted debe comparecer en la corte en el _____ a las 9:30 A.M. en la Parte _____ situada en 120 Schermerhorn Street, Brooklyn, N.Y. 11201.

Se le ha fijado una fianza de _____ un bono de $ _____ de una Compania Aseguradora, o _____ $ _____ fianza en efectivo.

Si lo sueltan a Usted y Usted deja de comparecer a esa hora y fecha, y en el sitio indicado.
Una Orden de Arresto sera expedida en contra suya.
Su Fianza, si la hay, se perdera.
Podria ser acusado del delito de haber violado las condiciones de su libertad.

Si lo encarcelan:
Usted tiene el derecho de comunicarse con sus parientes o sus amigos por carta o por telefono gratis.
Usted tiene el derecho a la ayuda de un abogado en cada etapa de los procedimientos.

Si Usted desea un abogado y sus condiciones economicas no le permiten obtener un abogado, se le asignara un abogado.

## POR FAVOR TRAIGA ESTE AVISO CUANDO COMPAREZCA EN LA CORTE.

CRC 3021 (8/92)

(over) (sigue)

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case#
CR-005657-19KN

28

# EXHIBIT 5

Judges:

Micheal Yavinsky
Edwin Novillo
Joseph Gubbray
Rac Archana
Hilary Gingold

Case #

CR-CC5657-19KN

# CRIMINAL COURT OF THE CITY OF NEW YORK

| Docket Number | Arraignment Date | Arraignment Judge |
| --- | --- | --- |

You are to appear in Court on ___ 9-12-19 ___ by 9:30 A.M. at Part ___ 72(2-) ___ located at 120 Schermerhorn Street, Brooklyn, N.Y. 11201.

Your bail has been fixed at

$ _____ Insurance Company Bail Bond.

or

$ _____ Cash Bail.

If you are released and you fail to appear at the time, date, and place indicated above,
A Warrant for your Arrest will be issued.
Your Bail, if any, will be forfeited.
You may be charged with the crime of Bail Jumping.

If you are committed:
You have the right to communicate with relatives or friends by letter or telephone free of charge.
You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

## PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.

(over) (sigue)

CRC 3021 (8/92)

---

Judges:

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rae Archana
Hilary Gingold

Case #

CR-005657-19KN

29

```
AH02                         CRIMS APPEARANCE HISTORY                    09/16/2019
COUNTY: KINGS                   APPEARANCE DATES                         8090

OPTION SELECTED: LAST 2 + NEXT APPEARANCES
NAME: CARTHEN,TYRONE                         DOCKET: CR-005657-19KN
 CCN:                   NYSID #: 07350933  L  ARREST #: K19607760

 09/12/2019 (OPEN)  TRP-1      JDG:NOVILLO,E    RPTR:JEFFRIES,RANIESHA   NT
      WO,TRP-1

 07/30/2019 (OPEN)  TRP-1      JDG:NOVILLO,E    RPTR:JULIAN,K.   NT  C
      PC
```

```
COMMAND:       MESSAGE:
```

Case was dismissed
on 9-12-2019
More Fraud and intentional
negligence.

Judges:

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

# EXHIBIT 6

Judges:

Michael Yavinsky
Edwin Novillo
Joseph Dubbau
Rao Archana
Hilary Gringold

Case #
CR-005657-19KN

31

# CRIMINAL COURT OF THE CITY OF NEW YORK

Docket Number _____

Arraignment Date _____   Arraignment Judge _____

You are to appear in Court on 10/18 by 9:30 A.M. at Part TKR 2-1 located at
120 Schermerhorn Street, Brooklyn, N.Y. 11201.

Your bail has been fixed at $ _____   Insurance Company Bail Bond,
$ _____   or
Cash Bail.

If you are released and you fail to appear at the time, date, and place indicated above.
A Warrant for your Arrest will be issued.
Your Bail, if any, will be forfeited.
You may be charged with the crime of Bail Jumping.

If you are committed:
You have the right to communicate with relatives or friends by letter or telephone free of charge.
You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

## PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.

CRC 3021 (8/92)

(over) (sigue)

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

30

# EXHIBIT 7

Judges:
Michael Yourinsky
Edwin Novillo
Joseph Oubbley
Kee Makinney
Hilary Campolet

Case #
CR-00 56 57 - 19 KN

33

A405                              CRIMS APPEARANCE HISTORY                    03/19/2019
COUNTY: KINGS                        ATTORNEY DATA                              6:42

OPTION SELECTED: ALL APPEARANCES
  NAME: CARROLL,TYRONE                              DOCKET: CR 01857 19KN

LANGUAGE:                          INTERPRETER:

DEF. ATTY NAME: BIRBACH,STUART                            ATTY CNT: 001 OF 001
  ATTORNEY TYPE: 3     18B
  DATE ASSIGNED: 02/10/2019                   PART ASSIGNED: APAR4
            FIRM:                              PHONE: ( 718 ) 208 - 6094
         STREET: 270 MADISON AVE, 13TH FL
           CITY: NEW YORK               STATE: NY     ZIP: 10016 -

ASST. DIST ATTY: KINGS COUNTY DISTRICT ATTORNEY,          ADA CNT: 001 OF 001
      ADA BUREAU:
   DATE ASSIGNED: 02/10/2019

_____

COMMAND:        MESSAGE:

Judges:                              Case #
Michael Yavinsky
Edwin Novillo                        CR-CC5657-19KN
Joseph Gubbay
Rose Matina
Hilary Gingold

34

```
AH02                          CRIMS APPEARANCE HISTORY              03/19/2019
COUNTY: KINGS                    APPEARANCE DATES                   G042

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN, TYRONE                      DOCKET: CR-05607/19KN
  CCN:                   NYSID #: 07350951 L    ARREST #: K15607760

  03/27/2019 (OPEN)  AP2

  02/10/2019 (OPEN)  APAR4       JDG:GUBBAY,J     RPTR:MACCORMACK,NATHAN  ARR:RE
      C   ROB

  COMMAND:      MESSAGE:
```

Judges

Micheal Yavinsky
Edwin Neville
Joseph Gubbay
Rue Arabiana
Hilary Gingold

Case #
CR-05607-19KN

35

```
AH02                      CRIMS APPEARANCE HISTORY              07/31/2019
COUNTY: KINGS               APPEARANCE DATES                      V168

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                        DOCKET: CR-005657-19KN
CCN:                      NYSID #: 07350933   L.   ARREST #: K19607760

  03/27/2019 (OPEN)  AP2        JDG:RAO,A       RPTR:JENKINS,M.   NT   C
       PC

  02/10/2019 (OPEN)  APAR4      JDG:GUBBAY,J    RPTR:MACCORMACK,NATHAN  ARR:RE
       C   ROR



                                   PF7/PF8 TO VIEW MORE APPEARANCES

COMMAND:      MESSAGE:
```

Judges:
Micheal Yavinsky
Edwin Neville
Joseph Gubbay
Rae Archana
Hilary Gingold

Case #
CR-005657-19KN

```
A102                        CRIMS APPEARANCE HISTORY              07/31/2019
COUNTY: KINGS                  APPEARANCE DATES                    V168

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                          DOCKET: CR-005657-19KN
CTL:                    NYSID #: 07350933  L    ARREST #: K19807780

09/12/2019 (OPEN)  TRP-3

07/30/2019 (OPEN)  TRP-3        JDG:NOVILLO,E     RPTR:JULIAN,K.   NT   C
              PC

06/14/2019 (OPEN)  AP2          JDG:RAO,A         RPTR:JULIAN,K.   NT   C
              PC

06/05/2019 (OPEN)  AP2          JDG:RAO,A         RPTR:MACCORMACK,NATHAN   NT
          C   PC

04/30/2019 (OPEN)  AP2          JDG:GINGOLD,H     RPTR:WILLIAMS,KIMBERLY   NT
          C   PC

                                     PF7/PF8 TO VIEW MORE APPEARANCES
COMMAND:        MESSAGE: DEFENDANT HISTORY CREATED
```

Judges!
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

37

# EXHIBIT 8

Judges.

Micheal Yaumsky
Edwin Noville
Joseph Godfrey
Rau Archana
Hilary Gingold

Case #

CR- cc 5657-19KN

07/31/2019
V168

CRIMS APPEARANCE HISTORY
PERSONAL INFORMATION

AH04
COUNTY: KINGS

OPTION SELECTED: ALL APPEARANCES

DOCKET: CR-005657-19KN

NYSID #: 07350933 L    ARREST #: K19607760

CJTN:
ARREST DATE: 02/09/2019    ARREST TIME: 16 : 25
INCIDENT DATE: 02/09/2019    INCIDENT TIME:        :
NAME TYPE: I

NAME       : CARTHEN,TYRONE
AKA #1    :
AKA #2    :

DOB: 01/16/1972    RACE: B    ETHNIC: N    SSN:
WGT: 198    EYES: BRO    HAIR: BLK
HGT: 5  10
BLOOD ALCOHOL LEVEL:

SHIELD # :

APO NAME    :
TAX REG #  :    AGENCY: NYPD    COMMAND:

COMMAND:    MESSAGE:

Judges:
Michieal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

39

AR08                        CRIMS APPEARANCE HISTORY                    07/31/2019
COUNTY: KINGS                  VEHICLE INFORMATION                          V168

NAME: CARTHEN,TYRONE                                  TYP: I
DOCKET: CR 003657-19KN

ARREST TYPE: PATROL
VEHICLE MAKE: NISS          YEAR: 1997        PLATE #:                  STATE: YY
VEHICLE ID #:                               VEHICLE TYPE: PASS  TYPE CODE: PASS

DATE REGISTRATION EXPIRES:      /    /

MOTORIST ID:                                DATE L CENSE ISSUED:      /    /
LICENSE STATE:          CLASS CLASS:        U.S. DOT NUMBER:

NAME OF VEHICLE OWNER:
IS OPERATOR OF VEHICLE THE OWNER?: N

LICENSE STATUS:                                REGISTRATION STATUS:
                                               REGISTRATION SUSP TIME:


COMMAND:       MESSAGE:

Judges:
Micheal Yavinsky
Edwin ~~Gakkay~~ Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #

CR 003657-19KN

40

```
A103                    CRIME APPEARANCE HISTORY ROLL UP?              07/31/2019
COUNTY:  KINGS                  CHARGES / DISPOSITION                  V168

OPTION SELECTED: ALL APPEARANCES
NAME:  CARTHER,TYRONE                         DOCKET:  CR 03887 1967
   SSN:                    NYSID #: 07350933 T      ARREST NUM:  K 969 7766


A  A  A                            SS        D  CRIMINAL COURT           ADDED
P  R  T                            CE        /  DISPOSITION /            APPEAR
R  G  T  SEO LAW   COOR/SECTION    SC W  CNT D   SENTENCE                DATE

Y  Y  Y  001 VTL  509.1            01 I  001
Y        002 VTL  401.1A           1A I  001      UNATTACHED COUNTS
I        003 VTL  375.1            01 I  001      UNATTACHED COUNTS
Y        004 VTL  511.3            01 UM 001      UNATTACHED COUNTS
Y        005 VTL  1110.A           0A I  001      UNATTACHED COUNTS
Y  Y  Y  006 VTL  511.1A           1A UM 001
Y  Y  Y  007 VTL  511.A4           A4 UM 001


TOP CHARGE: 006
COMMAND:       MESSAGE:
```

Judges.

Michael Yavinsky
Edwin Novillo
Joseph Gubbay
Rue  Arahana
Hilary Gingola

Case #

CR  03887 -19KN

98 41

```
AR05                        CRIMS APPEARANCE HISTORY              07/31/2019
COUNTY: KINGS                   ATTORNEY DATA                        V168

OPTION SELECTED: ALL APPEARANCES
  NAME: CARTHEN,TYRONE                        DOCKET: CR-055657-19KN
    CCN:                        NYSID #: 07360933 L   ARREST #: K19607760
LANGUAGE:                       INTERPRETER:

DEF. ATTY NAME: DEGRALUS,HENRY PHILIP                ATTY CNT: 002 OF 002
  ATTORNEY TYPE: 3      18B
  DATE ASSIGNED: 03/27/2019              PART ASSIGNED: AP2
          FIRM:                              PHONE: ( 718 ) 206 - 9593
        STREET: 137 MONTAGUE STREET
          CITY: BROOKLYN               STATE: NY   ZIP: 11201

ASST. DIST ATTY: KINGS COUNTY DISTRICT ATTORNEY,        ADA CNT: 001 OF 001
      DA BUREAU:
  DATE ASSIGNED: 02/10/2019

-------------------------------------------------      PF7/PF8 TO VIEW MORE INFO
COMMAND:       MESSAGE:
```

Judges!

Micheal Yavinsky
Edwin Novillo
Joseph Crabbay
Rae Nichana
Hilary Cungeld

Case #

CR-CC5657-19KN

42

# EXHIBIT 9

Judges:

Micheal Yavinsky
Edwin Neville
Joseph Cudday
Rao Arakawa
Hilary Gingold

Case #

CR-00 5657-19KN

43

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF DRIVING RECORD

Document # LRBR0001      Total Fee Paid $10.00
PRINT DATE: 09/06/2019 TIME: 15:37:46 OPERATOR: RBR OFFICE: BRK

              CLIENT ID#: 203437233
CARTHEN,TYRONE,L      DOB: 01/16/1972 SEX: M
235 TOMPKINS AVE 4-A    HEIGHT: 5-7 EYE COLOR: BROWN
BROOKLYN   NY 11216   COUNTY: KING
            MI #: C01659 97075 320950-72

NAME ON LICENSE/ID: CARTHEN
        TYRONE,L

ID-ONLY           EXPIRATION: 01/16/2022

SUSP/REV SUMMARY: TOTAL 8 (SCOFFS 6 ON 4 DATES) JUDGEMENT $ 1383

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SUSPENSIONS/REVOCATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
REVOCATION: 07/15/2000 OPER W/O INS - INF ORDER #: A0006160000A
COMPLIED ON: 07/15/2000

SUSPENSION: 02/04/2016 OPERAT W/O A LICENSE ORDER #: B1601060000
COMPLIED ON: 02/04/2016

SUSPENSION: 02/03/2016 FAILURE TO PAY FINE ORDER #: K781224
 LOCATION: KINGS COUNTY, BROOKLYN NORTH ADM. ADJ.
 JUDGMENT AMOUNT: 223 COUNTY: KINGS

SUSPENSION: 02/03/2016 FAILURE TO PAY FINE ORDER #: K781235
 LOCATION: KINGS COUNTY, BROOKLYN NORTH ADM. ADJ.
 JUDGMENT AMOUNT: 370 COUNTY: KINGS

SUSPENSION: 06/15/2000 FAILURE TO PAY FINE ORDER #: K474274
 LOCATION: KINGS COUNTY, BROOKLYN NORTH ADM. ADJ.
 JUDGMENT AMOUNT: 225 COUNTY: KINGS

*Judges: Micheal Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold*

*Case # CR-CR-5657-19KN*

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

 Continued Page 2

ABS-3 (01/19)

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

44

State of New York DEPARTMENT OF MOTOR VEHICLES - Empire State Plaza, Albany, New York 12228

# ABSTRACT OF DRIVING RECORD

Page #2

Document # LRBR0001                                   Total Fee Paid $10.00
PRINT DATE: 09/06/2019 TIME: 15:37:46   OPERATOR: RBR OFFICE: BRK

                                        CLIENT ID#: 203437233
CARTHEN,TYRONE,L                 DOB: 01/16/1972   SEX: M
235 TOMPKINS AVE 4-A             HEIGHT: 5-7   EYE COLOR: BROWN
BROOKLYN        NY 11216         COUNTY: KING
                                 MI #: C01659 97075 320950-72

 SUSPENSION: 05/16/2000 FAILURE TO PAY FINE   ORDER #: K048367
   LOCATION: KINGS COUNTY, BROOKLYN NORTH ADM. ADJ.
   JUDGMENT AMOUNT:   225   COUNTY: KINGS

 SUSPENSION: 05/15/2000 FAILURE TO PAY FINE   ORDER #: K428785
   LOCATION: KINGS COUNTY, BROOKLYN SOUTH ADMINISTRATIVE ADJ.
   JUDGMENT AMOUNT:   115   COUNTY: KINGS

 SUSPENSION: 05/15/2000 FAILURE TO PAY FINE   ORDER #: K428797
   LOCATION: KINGS COUNTY, BROOKLYN SOUTH ADMINISTRATIVE ADJ.
   JUDGMENT AMOUNT:   225   COUNTY: KINGS

******************** CONVICTIONS/BAIL FORFEITURES ******************
CONVICTION: OPERAT W/O A LICENSE
 VIOLATION: 01/04/2016       CONVICTED ON: 01/05/2016
LOCATION: KINGS COUNTY, BROOKLYN NORTH ADM. ADJ.
PENALTY: FINE- $300
COMM VEH: NO      HAZMAT: NO

CONVICTION: OP MV PORT ELEC DEV
 VIOLATION: 01/04/2016       CONVICTED ON: 01/05/2016
LOCATION: KINGS COUNTY, BROOKLYN NORTH ADM. ADJ.
PENALTY: FINE- $65          POINTS: 5
COMM VEH: NO      HAZMAT: NO

                *** END OF RECORD ***

*[handwritten]* Judges: Micheal Yavinsky,
Edwin Novillo, Joseph Gubbay,
Kac Archana, Hilary Gingold

*[handwritten]* Case #
CR-005637-19KN

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of
Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily
business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the
state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable
time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (01/19)

*Mark J.F. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

45

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER:  747839

THE PEOPLE OF THE STATE OF NEW  YORK
VS

CARTHEN,TYRONE
Defendant

01/16/1972
Date of Birth

583 PARK AVENUE
Address

NYSID Number

BROOKLYN                    NY  11206
City                    State  Zip

02/25/1998
Date of Arrest/Issue

Docket Number: 98K024048

Summons No:

VTL 511.1 01 UM
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 10/30/2000 | RESENTENCED RESENT VTL 509.1 01 I IMPRISONMENT=TS | GUBBAY,J | AP9 |

*Judges: Micheal Yavinsky, Edwin Noville, Joseph Gubbay, Rac Archana, Hilary Gingold.*

NO FEE CERTIFICATION                                      Case#

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED          CR-CC5657-19KN

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE _ ACCUSATORY INSTRUMENT    DOCKET BOOK/CRIMS _ CRC3030[CRS963]

      I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

WILLIAMS,S
COURT OFFICIAL SIGNATURE AND SEAL        11/04/2019
                                          DATE      FEE: NONE

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed
and expunged as of August 28, 2019. The court system is in the process of
updating its records, but in the meantime, it is an unlawful discriminatory
practice unless specifically required or permitted by statute, for any
entity to make any inquiry about an expunged conviction or to use an
expunged conviction adversely, whether in any form of application or
otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence
of 364 days.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                              CERTIFICATE OF DISPOSITION
                                            NUMBER:  747840
THE PEOPLE OF THE STATE OF NEW  YORK
                VS

CARTHEN,TYRONE A                            _____01/16/1972_____
Defendant                                   Date of Birth

235 TOMPKINS AVENUE                         _____7350933L_____
Address                                     NYSID Number

BROOKLYN          NY  11216                 _____11/03/2005_____
City              State  Zip                Date of Arrest/Issue

Docket Number: 2005KN071240                 Summons No:

PL 170.20 00 AM,VTL 319.1 01 I,VTL 355 00 UM,VTL 375.12 12 I,VTL 509.1 01 I,
VTL 511.1A 1A UM,
-------------------------------------------------------------------------
Arraignment Charges


Case Disposition Information:

   Date           Court Action              Judge              Part
12/05/2005   PLED GUILTY & SENTENCE IMPOSED  MCGUIRE,W          AP6
             PG VTL 509.1 01 I
             $100/15D
02/07/2006   EXECUTION OF SENTENCE           SCIARRINO,M        AP6
             PAID     Micheal Yavinsky, Rao Archana        Case #
    Judges: Edwin Novillte , Hilary Gingold          CR-005657-19KN
             Joseph Gubbay .

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]


     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

WILLIAMS,S                              11/04/2019
COURT OFFICIAL SIGNATURE AND SEAL       DATE        FEE: NONE


Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed
and expunged as of August 28, 2019. The court system is in the process of
updating its records, but in the meantime, it is an unlawful discriminatory
practice unless specifically required or permitted by statute, for any
entity to make any inquiry about an expunged conviction or to use an
expunged conviction adversely, whether in any form of application or
otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or

47

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER:  747838

THE PEOPLE OF THE STATE OF NEW   YORK
VS

CARTHEN,TYRONE L
Defendant

235 TOMPKINS AVE
Address

BROOKLYN            NY
City           State   Zip

01/16/1972
Date of Birth

7350933L
NYSID Number

04/07/2014
Date of Arrest/Issue

Docket Number: 2014KN024263            Summons No:

VTL 511.2 02 UM,
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 04/08/2014 | PLED GUILTY & SENTENCE IMPOSED PG VTL 509.1 01 I $200 | HUDSON,S | APAR3 |
| 05/30/2014 | EXECUTION OF SENTENCE PAID | TEST,A | CASHIER |

*Micheal Yavinsky , Rao Archana*
*Judges: Edwin Novillo , Hilary Gingold*
*Joseph Gubbay*

*Case #*
*CR-005657-19N*

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

WILLIAMS,S
COURT OFFICIAL SIGNATURE AND SEAL

11/04/2019
DATE            FEE: NONE

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed
and expunged as of August 28, 2019. The court system is in the process of
updating its records, but in the meantime, it is an unlawful discriminatory
practice unless specifically required or permitted by statute, for any
entity to make any inquiry about an expunged conviction or to use an
expunged conviction adversely, whether in any form of application or
otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdemeanor conviction shall be interpreted as a sentence
of 364 days.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: 747837

THE PEOPLE OF THE STATE OF NEW YORK
VS

CARTHEN,TYRONE L
Defendant

01/16/1972
Date of Birth

235 TOMPKINS AVENUE
Address

7350933L
NYSID Number

BROOKLYN                 NY
City            State  Zip

06/27/2014
Date of Arrest/Issue

Docket Number: 2014KN047997

Summons No:

VTL 511.2 02 UM,
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 06/28/2014 | PLED GUILTY & SENTENCE IMPOSED | RODRIGUEZ,R | APAR3A |
| | PG VTL 509.1 01 I | | |
| | $150/15D | | |
| 12/08/2014 | EXECUTION OF SENTENCE | ANTIGNANI,S | CASHIER |
| | PAID | | |

_Micheal Yavinsky, Joseph Gubbay_    Case#
_Judges: Edwin Novillo, Hilary Gingold_    CR-005657-19KN
_Rao Archana,_

NO FEE CERTIFICATION

GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS   CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

WILLIAMS,S
COURT OFFICIAL SIGNATURE AND SEAL

11/04/2019
DATE                FEE: NONE

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed
and expunged as of August 28, 2019. The court system is in the process of
updating its records, but in the meantime, it is an unlawful discriminatory
practice unless specifically required or permitted by statute, for any
entity to make any inquiry about an expunged conviction or to use an
expunged conviction adversely, whether in any form of application or
otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence
of 364 days.

49

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: 747851

THE PEOPLE OF THE STATE OF NEW YORK
VS

CARTHEN, TYRONE
Defendant

01/16/1972
Date of Birth

235    TOMPKINS AVENUE
Address

7350933L
NYSID Number

BROOKLYN            NY
City            State   Zip

07/08/2015
Date of Arrest/Issue

Docket Number: 2015KN044159

Summons No:

VTL 509.1 01 I,VTL 511.1A 1A UM,VTL 511.2AIV 02 UM,
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 07/09/2015 | PLED GUILTY & SENTENCE IMPOSED PG VTL 509.1 01 I $150/15D | CAMPANELLI,J | APAR2 |
| 09/28/2015 | EXECUTION OF SENTENCE PAID | MONTALBANO,R | CASHIER |

*Micheal Yavinsky, Rac Archaria*
*Judges: Edwin Novillo, Hilary Gingold*
*Joseph Gubbay*

*Case #*
*CR-005657-19.*

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY     _ COUNSEL ASSIGNED

NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

WONG,P
COURT OFFICIAL SIGNATURE AND SEAL

11/04/2019
DATE

FEE: NONE

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed and expunged as of August 28, 2019. The court system is in the process of updating its records, but in the meantime, it is an unlawful discriminatory practice unless specifically required or permitted by statute, for any entity to make any inquiry about an expunged conviction or to use an expunged conviction adversely, whether in any form of application or otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.

# EXHIBIT 10

Judges:
Micheal Yavinsky
Edwin Nevillo
Joseph Crubbery
Kaic Hrahana
Hilary Cimogota

Case #
CR-0057-19KM

54

```
09/06/19  1:46  PM                 FINE PAYMENT

   NAME: CARTHEN,TYRONE,L
   MI #: C01659-97075-320950-72      DOB: 01/16/72   SEX: M
STREET: 235 TOMPKINS AVE 4-A       CITY: BROOKLYN  NY 11216
                                       FINE SUR    STF    FINE     BOND
TICKET NUM  V&T    VIOLATION DESCRIPT  VIO DTE TYPE AMT  AMT    AMT      AMT
ABA6781224 1225D  OP MV PORT ELEC DEV 01/04/16 94   88   70      65
ABA6781235 5091G  UNLICENSED GT 60DAYS 01/04/16 29       70     300
4045474274 3191U  OPERATE W/O INSURANC 03/07/00 25   25        200
4047048367 5091G  UNLICENSED GT 60DAYS 02/06/00 29   25        200
4044428785 1180D2 SPEED IN ZONE 11-30 02/05/00 33   25         90
4044428797 5091G  UNLICENSED GT 60DAYS 02/05/00 29   25        200


                          SUBTOTALS:  188 + 140 +   1055 -    C
                               TOTAL PAYMENT DUE: $    1383
ENTER PAYMENT ON   6 TICKET(S)          AMOUNT IN CASH: $

CLEAR=OPEN TICKET                      AMOUNT IN CHECK: $
                                        AMOUNT IN CRCD: $
```

Judges:

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rae Archana
Hilary Gingold

Case #

CR-005651-19KN

50

# EXHIBIT 11

Judges
Micheal   Yavirsky
Edwin   Novilio
Joseph   Gublay
Rao   Arohana
Hilary   Binacld

Case #
CK·cc 5057 - 19KA

53

11-22-19

# CRIMINAL COURT OF THE CITY OF NEW YORK

Docket Number _____

Arraignment Date _____

Arraignment Judge _____

You are to appear in Court on **Nov 22** by 9:30 A.M. at Part **TP-2** located at
120 Schermerhorn Street, Brooklyn, N.Y. 11201.

10 AM

Floor

Your bail has been fixed at

$ _____ Insurance Company Bail Bond.
or
$ _____ Cash Bail.

If you are released and you fail to appear at the time, date, and place indicated above,
A Warrant for your Arrest will be issued.
Your Bail, if any, will be forfeited.
You may be charged with the crime of Bail Jumping.

If you are committed:
You have the right to communicate with relatives or friends by letter or telephone free of charge.
You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

## PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.

(over) (sigue)

CRC 3021 (8/92)

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Arahana
Hilary Gingold

Case #
CK-003657-19KN

54

# EXHIBIT 12

Judges!

Micheal Yavinsky
Edwin Neville
Joseph Oubkay
Rae Archana
Hilary Bingold

Case #
CR-005657-19KN

```
AH02                      CRIMS APPEARANCE HISTORY              10/22/2019
COUNTY: KINGS                 APPEARANCE DATES                     G142

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                      DOCKET: CR-005657-19KN
  CCN:                                    ARREST #: K19607760

  10/28/2019 (OPEN)   TRP-1

  10/18/2019 (OPEN)   TRP-1        JDG:NOVILLO,E      RPTR:ZNAMENSHCHIKOVA,ANNA  NT
       C   PC

  09/16/2019 (OPEN)   TRP-1        JDG:NOVILLO,E      RPTR:CUMMINGS,DALILA   WV  NT
       C   ROR

  09/12/2019 (OPEN)   TRP-1        JDG:NOVILLO,E      RPTR:JEFFRIES,RANIESHA   NT
        WO,TRP-1

  07/30/2019 (OPEN)   TRP-1        JDG:NOVILLO,E      RPTR:JULIAN,K.   NT   C
        PC

                                     PF7/PF8 TO VIEW MORE APPEARANCES
COMMAND:       MESSAGE: DEFENDANT HISTORY CREATED
```

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

58

```
AH02                        CRIMS APPEARANCE HISTORY              10/22/2019
COUNTY: KINGS                  APPEARANCE DATES                     G142

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                        DOCKET: CR-005657-19KN
CCN:                   NYSID #: 07350933  L  ARREST #: K19607760

  06/14/2019 (OPEN)   AP2       JDG:RAO,A        RPTR:JULIAN,K.   NT   C
         PC

  06/05/2019 (OPEN)   AP2       JDG:RAO,A        RPTR:MACCORMACK,NATHAN   NT
       C   PC

  04/30/2019 (OPEN)   AP2       JDG:GINGOLD,H    RPTR:WILLIAMS,KIMBERLY   NT
       C   PC

  03/27/2019 (OPEN)   AP2       JDG:RAO,A        RPTR:JENKINS,MONICA   NT
       C   PC


                                    PF7/PF8 TO VIEW MORE APPEARANCES

COMMAND:      MESSAGE:
```

Judges!
Micheal Yavinsky
Edwin Nevill
Joseph Gubbay
Rao Arahana
Hilary Gingold

Case #
CR-005657-19KN

57

```
AH02                        CRIMS APPEARANCE HISTORY              10/22/2019
COUNTY: KINGS                   APPEARANCE DATES                     G142

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                          DOCKET: CR-005657-19KN
CCN:                      NYSID #: 07350933  L  ARREST #: K19607760

   02/10/2019 (OPEN)   APAR4      JDG:GUBBAY,J     RPTR:MACCORMACK,NATHAN   ARR:RE
       C    ROR




                                     PF7/PF8 TO VIEW MORE APPEARANCES

   COMMAND:       MESSAGE:
```

Judges:

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rac Archana
Hilary Gingold

Case #

CR-CC5657-19KN

# EXHIBIT 13

Judges:

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rac Arahana
Hilary Gingold

Case #

CK · CC 5657 · 19 KN

```
AH02                        CRIMS APPEARANCE HISTORY              10/31/2019
COUNTY: KINGS                    APPEARANCE DATES                     G142

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                      DOCKET: CR-005657-19KN
 CCN:                                     ARREST #: K19607760

 11/22/2019 (OPEN)   TP2

 10/28/2019 (OPEN)   TRP-1     JDG:NOVILLO,E    RPTR:VIDALS,KIMBERLY   NT
       C    PC

 10/18/2019 (OPEN)   TRP-1     JDG:NOVILLO,E    RPTR:ZNAMENSHCHIKOVA,ANNA   NT
       C    PC

 09/16/2019 (OPEN)   TRP-1     JDG:NOVILLO,E    RPTR:CUMMINGS,DALILA   WV   NT
       C    ROR

 09/12/2019 (OPEN)   TRP-1     JDG:NOVILLO,E    RPTR:JEFFRIES,RANIESHA   NT
       WO,TRP-1

                                     PF7/PF8 TO VIEW MORE APPEARANCES
 COMMAND:       MESSAGE: DEFENDANT HISTORY CREATED
```

ROOM

510

COPY OF FILE

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-cc5657-19KN

60

# EXHIBIT 14

Judges:

Micheal Yavingky

Edwin Novillo

Joseph Gubbay

Rae Alatana

Hilary Gingold

Case 11

CR- CC5657- 19KA

```
AH02                        CRIMS APPEARANCE HISTORY              10/31/2019
COUNTY: KINGS                   APPEARANCE DATES                      8194

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                        DOCKET: CR-005657-19KN
 CCN:                    NYSID #: 07350933  L    ARREST #: K19607760

 11/22/2019 (OPEN)  TP2

 10/28/2019 (OPEN)  TRP-1      JDG:NOVILLO,E    RPTR:VIDALS,KIMBERLY  NT
      C   PC

 10/18/2019 (OPEN)  TRP-1      JDG:NOVILLO,E    RPTR:ZNAMENSHCHIKOVA,ANNA  NT
      C   PC

 09/16/2019 (OPEN)  TRP-1      JDG:NOVILLO,E    RPTR:CUMMINGS,DALILA  WV  NT
      C   ROR

 09/12/2019 (OPEN)  TRP-1      JDG:NOVILLO,E    RPTR:JEFFRIES,RANIESHA  NT
      WO,TRP-1

                                        PF7/PF8 TO VIEW MORE APPEARANCES

COMMAND:      MESSAGE:
```

Judges:

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rac Archana
Hilary Girigold

Case #
CR-005657-19KN

68

```
AH02                        CRIMS APPEARANCE HISTORY              10/31/2019
COUNTY: KINGS                  APPEARANCE DATES                   8194

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                          DOCKET: CR-005657-19KN
  CCN:                  NYSID #: 07350933  L   ARREST #: K19607760

  07/30/2019 (OPEN)  TRP-1      JDG:NOVILLO,E    RPTR:JULIAN,K.   NT  C
           PC

  06/14/2019 (OPEN)  AP2        JDG:RAO,A        RPTR:JULIAN,K.   NT  C
           PC

  06/05/2019 (OPEN)  AP2        JDG:RAO,A        RPTR:MACCORMACK,NATHAN  NT
       C   PC

  04/30/2019 (OPEN)  AP2        JDG:GINGOLD,H    RPTR:WILLIAMS,KIMBERLY  NT
       C   PC


  COMMAND:     MESSAGE:              PF7/PF8 TO VIEW MORE APPEARANCES
```

Judges:
Micheal Yavinsky
Edwin Neville
Joseph Gubbay
Rae Arahara
Hilary Gingold

Case #
CR. OC 5657-19KN

63

```
AH02                        CRIMS APPEARANCE HISTORY          10/31/2019
COUNTY: KINGS                  APPEARANCE DATES               8194

OPTION SELECTED: ALL APPEARANCES
NAME: CARTHEN,TYRONE                        DOCKET: CR-005657-19KN
 CCN:                      NYSID #: 07350933  L    ARREST #: K19607760

 03/27/2019 (OPEN)   AP2        JDG:RAO,A       RPTR:JENKINS,MONICA   NT
     C    PC

 02/10/2019 (OPEN)   APAR4      JDG:GUBBAY,J    RPTR:MACCORMACK,NATHAN   ARR:RE
     C    ROR                           '


                                    PF7/PF8 TO VIEW MORE APPEARANCES

COMMAND:       MESSAGE:
```

Judges!

Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gwigold

Case #

CR-005657-19KN

64

# EXHIBIT 15

Defendant

Micheal   Yawinsky
Edwin . Neville
Joseph  Cribbary
Ron   Hichowi
Hilary  Gingold

Case #

CR-00565T-19KA

65

# TRIAL PARTS
# COPY REQUEST FORM
### TRIAL1,  TP2,  TP3,  TP4,  TP5
### (Please complete __ALL__ sections)

**Date of Request:** _10-31-19_

**Defendant's Name:** _Carthen, Tyrone_

**Defendant's Docket #:** _CR-005657-19KN_

**Next Court Date:** _11-22-19_

**Court Date:**  ☐ **Trial 1**  ☒ **TP 2**  ☐ **TP 3**  ☐ **TP 4**  ☐ **TP 5**

**Requesting Copies Of:** _Complete File_
_Judges:_
_Micheal Yavinsky, Rao Archana_
_Edwin Novillo, Hilary Gingold_       _Case#_
_Joseph Gubbay_              _CR-005657-19KN_

**Requested By:** _Carthen, Tyrone_

**Agency:** _Pro Se_

**Phone No.:** _347-447-2930_

### PLEASE BE ADVISED:
*__ALL__ copy requests have a 3 business day minimum to be fulfilled.*
**If copies are not picked up in 2 weeks they will be destroyed**

**66**

# Criminal Court of the City of New York
### Kings County
### Misdemeanor Complaint

The People of the State of New York
vs.
Defendant:

1.TYRONE CARTHEN
K19607760    02/09/2019 16:25
235 TOMPKINS AVENUE
BROOKLYN NY

**Charges:**

(M 47) VTL 511(1)(A)
VTL 511(2)(A)(I
VTL 509(1)

K19607760

**Docket Number:**

M

MISDEMEA CR-005657-19KN

☐ LAS    ☐ BDS    ☑ 18B    ☐ PVT    Name  Birbach

Interpreter: Language _____    Bureau: Trial Bureau 2 - Blue

**Notices Served at Arraignment:**
☐ CPL 710.30(1)(A) - Statement
☐ CPL 710.30(1)(B) - Identification
☐ CPL 250.20 - Alibi
☐ CPL 240.30 - Discovery
☐ PL 450.10(48 hrs /15 days) - Property
☐ CPL 170.20 - Grand Jury
☐ Cross Grand Jury
☐ CPL 370.15 - MCDV
☐ CPL 170.10(8)(A) - Family Offense
☐ OTHER: _____

**Adjournment:** ☐ Assign 18B    ☐ TROC
Part: R2    Date: 3/27/19
**Securing Order:**
1. ☑ Release on Recognizance (ROR)
2. ☐ Release under Supervision (RUS)
3. _____ Insurance Company Bond
4. _____ Cash
5. _____ Credit Card
6. _____ Bond ☐ Surety ☐ Appear
   ☐ Unsec ☐ Partial Sec ☐

**Reason for Adjournment:**
Need S/D of Chase A
Abstract

**Documents:**
**Served at Arraignment:**    **Needed For Conversion**
☐ Supporting Deposition    ☐
☐ DMV Abstract    ☐
☐ Lab Report/ Field Test    ☐
☐ DWI Paperwork    ☐
☐ Domestic Incident Report
☐ Family Registry
☐ Underlying T.O.P.    ☐

☐ People Ready
☐ Deemed an Information
   Defense Motions Due:
☐ ART 730 Exam Ordered
☐ Protective Custody    ☐ Medical Attention
☐ Psychiatric Evaluation    ☐ Suicide Watch
☐ T.O.P. / F.O.P.

**Disposition:**
☐ ACD - CPL 170.55
☐ ACD - CPL 170.56
☐ Waives Prosecution by Information
   and Pleads Guilty to
   PL 240.20/ _____
☐ Investigation & Sentence Ordered
☐ DNA-Eligible Misdemeanor
☐ DNA Sample Taken

**Sentence (or Promise):**
_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____
Mandatory Surcharge (and CVAF):
☐ Judgment Entered - All Fees
☐ $200 Misd.    ☐ $120 Viol.    ☐ $88 VTL
☐ $395 VTL1192 Misd.    ☐ $255 VTL1192(1) Infrac.
☐ $50 - DNA Fee

Arresting Officer KAMRON CHASE    Court Reporter    Date    Part

Comments:
CRC 3215 (rev. 6/18)    **Judge** _____

O- 511(1)
$ 200 F

Judges:
Micheal Yavinsky
Edwin Noville
Joseph Gubbay
Rao Archana
Hilary Gingold

ARY
#7

Case #
CR-005657-19KN

AR4    FEB 10 2019
HON    GUBBAY
RPT MACCORMACK

63

**CRIMINAL COURT OF THE CITY OF NEW YORK**
**RECORD OF COURT ACTION**

| Date | HOLD _no DC_ | | Present | Absent | Readiness |
|---|---|---|---|---|---|
| | TTO: | | ☑ Defendant | ☐ Defendant | ☐ π ready |
| | −511 +200f | | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| | −TT NR − ADA out of | | | Interpreter | |
| Part | | | | Reason for Adjournment | |
| | offices | | ☐ S/D | ☑ Hearing | ACTi |
| | − π Reg to be | | ☐ OFD/Discovery | ☐ Bench Trial | |
| | changed to SOR | | ☐ Possible Disposition | ☐ Jury Trial | |
| Judge | | | ☐ Decision | ☐ Program | |
| | | | TP1 − 7/30/19. | | |
| Reporter | ☐ TOP | | | Notify | |
| | PC | | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| | Bail Condition          Judge | | ☐ Excluded | ☐ Attorney | |

| Date | HOLD _DeChalis_ | | Present | Absent | Readiness |
|---|---|---|---|---|---|
| | 0. 511(i) + #200 | | ☑ Defendant | ☐ Defendant | ☐ π ready |
| | | | ☑ Attorney | ☐ Attorney | ☐ π not ready |
| | | | | Interpreter | |
| Part | TT=NR | | | Reason for Adjournment | |
| | ADA Newly | | ☐ S/D | ☑ Hearing | |
| | assigned | | ☐ OFD/Discovery | ☐ Bench Trial | |
| | | | ☐ Possible Disposition | ☑ Jury Trial | |
| Judge | TT Reg 7 days | | ☐ Decision | ☐ Program | |
| | | | TRP-1     9/12/19 | | |
| Reporter | ☐ TOP | | 40 | Notify | |
| | P.C. | | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| | Bail Condition          Judge | | ☐ Excluded | ☐ Attorney | |

| Date | HOLD _Hammer (1)DeChalis_ | | Present | Absent | Readiness |
|---|---|---|---|---|---|
| | | | ☐ Defendant | ☐ Defendant | ☐ π ready |
| | | | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| | | | | Interpreter | |
| Part | PRWC | | | Reason for Adjournment | |
| | | | ☐ S/D | ☐ Hearing | |
| | | | ☐ OFD/Discovery | ☐ Bench Trial | |
| | | | ☐ Possible Disposition | ☐ Jury Trial | |
| Judge | | | ☐ Decision | ☐ Program | |
| Reporter | ☐ TOP | | | Notify | |
| | | | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| | Bail Condition          Judge | | ☐ Excluded | ☐ Attorney | |

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case#
CR-005657-19KN

| TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: |
|---|---|
| | |

CRC 3031 (04/2012)

68

## CRIMINAL COURT OF THE CITY OF NEW YORK
### RECORD OF COURT ACTION

| Date | | | | |
|---|---|---|---|---|
| | HOLD _Dechaus._ WV. | **Present** ☑ Defendant ☑ Attorney | **Absent** ☐ Defendant ☐ Attorney | **Readiness** ☐ π ready ☐ π not ready |
| Part | 0: 5u(1)(a) + #200 | **Interpreter** | | |
| | | **Reason for Adjournment** ☐ S/D ☑ Hearing ☐ OFD/Discovery ☐ Bench Trial ☐ Possible Disposition ☐ Jury Trial ☐ Decision ☐ Program | | |
| Judge HON. NOVILLO TRP1 09-16-19 | Adj For hET | | | |
| Reporter | ☐ TOP ROR. **Bail Condition** ⟲ Judge | 10/18/19  TRP-1 **Notify** ☐ Charged ☐ Defendant ☐ Defendant Excused ☐ Excused ☐ Attorney | | |

| Date | | | | |
|---|---|---|---|---|
| | HOLD _Dechaus_ 0: 509(1) + #75 | **Present** ☑ Defendant ☑ Attorney | **Absent** ☐ Defendant ☐ Attorney | **Readiness** ☐ π ready ☐ π not ready |
| Part | π = NR ADA N/A π Req 10 days | **Interpreter** | | |
| | | **Reason for Adjournment** ☐ S/D ☑ Hearing ☐ OFD/Discovery ☐ Bench Trial ☐ Possible Disposition ☑ Jury Trial ☐ Decision ☐ Program | | |
| Judge | | | | |
| Reporter | ☐ TOP P.C. **Bail Condition** ⟲ Judge | 10/25/19  TRP-1 **Notify** ☐ Charged ☐ Defendant ☐ Defendant Excused ☐ Excused ☐ Attorney | | |

| Date | | | | |
|---|---|---|---|---|
| | HOLD _____ 0: Same | **Present** ☑ Defendant ☑ Attorney | **Absent** ☐ Defendant ☐ Attorney | **Readiness** ☐ π ready ☐ π not ready |
| Part HON. YAVINSKY TRP-1 10-28-19 | - π = NR - ADA out of office - π Req 10 days | **Interpreter** | | |
| | | **Reason for Adjournment** ☐ S/D ☑ Hearing ☐ OFD/Discovery ☐ Bench Trial ☐ Possible Disposition ☑ Jury Trial ☐ Decision ☐ Program | | |
| Judge | | | | |
| Reporter | ☐ TOP P.C. **Bail Condition** ⟲ Judge | 11/22/19, TP-2. **Notify** ☐ Charged ☐ Defendant ☐ Defendant Excused ☐ Excused ☐ Attorney | | |

Judges:
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case#
CR-005657-19KN

TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: _____    TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: _____

RC 3031 (04/2012)

69

**CRIMINAL COURT OF THE CITY OF NEW YORK**

PEOPLE OF THE STATE OF NEW YORK,

against

Tyrone Carthen, Defendant

**NOTICE OF APPEARANCE**

County _____ Part _AP-2_

Docket Number/Year _CR-0US657-19KN_

☐ Interpreter Required _____

Language

To the Clerk of the Court:

You are hereby notified that I represent the defendant in the above-entitled action.

**ATTORNEY** _Henry P JCholes_
Print Attorney's Name

Address _224_

_137 Montague_

_Brooklyn NY_

Telephone _718-206-9525_
Area Code - Number

By _Henry P JCholes_
Signature

☐ Legal Aid (Assigned)

☒ County Law (Assigned)

☐ Retained

Dated: City of New York _3/27/18_

**CRC 3014** (8/96) [CRC 260]

Judges!

Micheal Yavinsky

Edwin Novillo

Joseph Gubbay

Rao Archana

Hilary Gingold

Case #

CR-CC 5657-19KN

e) Comply with the requirements of the New York State Rules of Professional Conduct regarding conflicts of interest, and when appropriate, timely notify the court of a possible conflict so that an inquiry may be undertaken or a ruling made;

f) Possess or acquire a reasonable knowledge and familiarity with criminal procedural and evidentiary law to ensure constitutionally effective representation in the case; and

g) When the statutory requirements necessary to trigger notice from the defense are met (e.g., a demand, intent to introduce the evidence, etc.), comply with the statutory notice obligations for the defense as specified in CPL 250.10, 250.20, and 250.30.

So ordered.

Dated: _____

CRC 3295 rev. 11/2 8/2017

AR4   FEB 10 2019

HON   GUBBAY

Judge or Justice   RPT MACCORMACK

70   COURT



# PRISONER MOVEMENT SLIP

*Arresting Officer*  **PROCEED**

| | |
|---|---|
| A/O Name: CHASE | **K19607760N** |
| Arrest PCT: 079 | Date/Time: 02/09/2019 16:25 |

Possible DAT?: ☐ YES ☐ NO

CELL #: **CJA**     Fax #: KO006342

Defendant:
**CARTHEN, TYRONE**
Sex: MALE    Race: BLACK    DOB: 01/16/1972    Age: 47

Major Charges:
VTL0511001: AGGRAVATED UNLIC OPER/MV-3RD
VTL0511001: AGGRAVATED UNLIC OPER/MV-3RD
VTL0319001: OPER MOTOR VEHICLE W/O INS

Co-Defendants: ☐ YES ☐ NO
Preferred Name:

## Criminal Justice Agency

Warrant name check by (intl): _____    Warrant: ☐ YES ☐ NO    Warr/Dckt #: _____
CJA Interview Required?: ☐ YES ☐ NO    CJA Interview Time: __:__

## Booking Supervisor

DAT Issued?: ☐ YES ☐ NO    DAT Serial #: _____
Arresting Officer excused?: ☐ YES ☐ NO    Return Date: _____
Prints Needed: ☐ YES ☐ NO    Printed?: ☐ YES ☐ NO ☐ REFUSED
Searched: _____

## Detention Alert

Prisoner has attempted escape: ☐ YES ☐ NO
Prisoner has attempted suicide?: ☐ YES ☐ NO
Prisoner has assaulted member of the service?: ☐ YES ☐ NO
Others (EXPLAIN):

Judges:
Micheal Yavinsky, Edwin Novillo,
Joseph Gubbay, Rao Archana,
Hilary Gingold

Case #
CR-005657-19KN

71

AFFIRMATION OF SERVICE

STATE OF NEW YORK)
COUNTY OF KINGS    )

I, SHANEKA MCKELLAR, an Assistant District Attorney in and for the County of Kings,

duly affirm, under the penalty of perjury, that on February 20, 2019, I mailed a true copy of this

document to Stuart Birbach, 270 Madison Ave, 13 Floor, New York, NY 10016 attorney for Tyrone ,

Docket #CR-005657-19KN, by causing a true copy to be mailed by certified mail by the United States

Postal Service.

Date:  Brooklyn, New York

February 20, 2019

Shaneka McKellar
Assistant District Attorney
Kings County District Attorney's Office
350 Jay Street, 11th Floor, Blue Zone
Phone: (718) 250-3447

Judges!
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rao Archana
Hilary Gingold

Case #
CR-005657-19KN

73

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF DRIVING RECORD

Page # 2

Document # LWEB0439
PRINT DATE:  2/20/2019 TIME: 10:43:42   OPERATOR: WEB OFFICE: DAB

CLIENT ID#: 203437233

CARTHEN,TYRONE,L                      DOB: 01/16/1972   SEX: M
235 TOMPKINS AVE 4-A                  HEIGHT: 5-7    EYE COLOR: BROWN
BROOKLYN        NY 11216              COUNTY: KING
                                      MI #: C01659 97075 320950-72


SUSPENSION: 05/15/2000 FAILURE TO PAY FINE    ORDER #: K428785
   LOCATION: KINGS COUNTY, BROOKLYN SOUTH ADMINISTRATIVE ADJ.
   JUDGMENT AMOUNT:  115   COUNTY: KINGS

SUSPENSION: 05/15/2000 FAILURE TO PAY FINE    ORDER #: K428797
   LOCATION: KINGS COUNTY, BROOKLYN SOUTH ADMINISTRATIVE ADJ.
   JUDGMENT AMOUNT:  225   COUNTY: KINGS


********************    CONVICTIONS/BAIL FORFEITURES    ********************
CONVICTION: OPERAT W/O A LICENSE
   VIOLATION: 01/04/2016       CONVICTED ON: 01/05/2016
   LOCATION: KINGS COUNTY, BROOKLYN NORTH ADM. ADJ.
   PENALTY: FINE- $300
   COMM VEH: NO       HAZMAT: NO

CONVICTION: OP MV PORT ELEC DEV
   VIOLATION: 01/04/2016       CONVICTED ON: 01/05/2016
   LOCATION: KINGS COUNTY, BROOKLYN NORTH ADM. ADJ.
   PENALTY: FINE- $65           POINTS: 5
   COMM VEH: NO       HAZMAT: NO

                    *** END OF RECORD ***


This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of
Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily
business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the
state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable
time thereafter. The person who reports the information is under a business duty to do so accurately.

EXECUTIVE DEPUTY COMMISSIONER OF MOTOR VEHICLES

Judges.
Micheal Yavinsky
Edwin Novillo
Joseph Gubbay
Rac Archana
Hilary Gingold

Case #
CR-CC5657-19KN

73

**Criminal Court of the City of New York**

County _Kings_ Part _AR4_

CR-005657-19KN

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK | **Order to Counsel in Criminal Cases** |
| against | |
| _Carthen, Tyronne_ Defendant | Docket # _____ |
| | Judge _____ |

The court, pursuant to an Administrative Order of the Chief Administrative Judge and at the recommendation of the New York State Justice Task Force and in furtherance of the fair administration of justice, issues this order as both a reminder and a directive that counsel uphold their constitutional, statutory and ethical responsibilities in the above-captioned proceedings.

**To the Prosecutor:**

The District Attorney and the Assistant responsible for the case, or, if the matter is not being prosecuted by the District Attorney, the prosecuting agency and its assigned representative, is directed to make timely disclosure of information favorable to the defense as required by *Brady v Maryland*, 373 US 83 (1963), *Giglio v United States*, 405 US 150 (1972), *People v Geasten*, 54 NY2d 510 (1981), and their progeny under the United States and New York State constitutions, and by Rule 3.8(b) of the New York State Rules of Professional Conduct, as described hereafter.

• The District Attorney and the Assistant responsible for the case have a duty to learn of such favorable information that is known to others acting on the government's behalf in the case, including the police, and should therefore confer with investigative and prosecutorial personnel who acted in this case and review their and their agencies' files directly related to the prosecution or investigation of this case.

• Favorable information could include, but is not limited to:
  a) Information that impeaches the credibility of a testifying prosecution witness, including (i) benefits, promises, or inducements, express or tacit, made to a witness by a law enforcement official or law enforcement victim services agency in connection with giving testimony or cooperating in the case; (ii) a witness's prior inconsistent statements, written or oral; (iii) a witness's prior convictions and uncharged criminal conduct; (iv) information that tends to show that a witness has a motive to lie to inculpate the defendant, or a bias against the defendant or in favor of the complainant or the prosecution; and (v) information that tends to show impairment of a witness's ability to perceive, recall, or recount relevant events, including impairment resulting from mental or physical illness or substance abuse.
  b) Information that tends to exculpate, reduce the degree of an offense, or support a potential defense to a charged offense.
  c) Information that tends to mitigate the degree of the defendant's culpability as to a charged offense, or to mitigate punishment.
  d) Information that tends to undermine evidence of the defendant's identity as a perpetrator of a charged crime, such as a non-identification of the defendant by a witness to a charged crime or an identification or other evidence implicating another person in a manner that tends to cast doubt on the defendant's guilt.
  e) Information that could affect in the defendant's favor the ultimate decision on a suppression motion.

• Favorable information shall be disclosed whether or not it is recorded in tangible form, and irrespective of whether the prosecutor credits the information.

• Favorable information must be timely disclosed in accordance with the United States and New York State constitutional standards, as well as CPL article 240. Disclosures are presumptively "timely" if they are completed no later than 30 days before commencement of trial in a felony case and 15 days before commencement of trial in a misdemeanor case. Records of a judgment of conviction or a pending criminal action ordinarily are discoverable within the time frame provided in CPL 240.44 or 240.45(1). Disclosures that pertain to a suppression hearing are presumptively "timely" if they are made no later than 15 days before the scheduled hearing date. The prosecutor is reminded that the obligation to disclose is a continuing one. Prosecutors should strive to determine if favorable information exists. Nothing herein shall be understood to diminish a prosecutor's obligation to disclose exculpatory information as soon as reasonably possible.

• A protective order may be issued for good cause, and CPL 240.50 shall be deemed to apply, with respect to disclosures required under this order. The prosecutor may request a ruling from the court on the need for disclosure.

• Only willful and deliberate conduct will constitute a violation of this order or be eligible to result in personal sanctions against a prosecutor.

**To Defense Counsel:**

Defense counsel, having filed a notice of appearance in the above captioned case, is obligated under both the New York State and the United States Constitution to provide effective representation of defendant. Although the following list is not meant to be exhaustive, counsel shall remain cognizant of the obligation to:

  a) Confer with the client about the case and keep the client informed about all significant developments in the case;
  b) Timely communicate to the client any and all guilty plea offers, and provide reasonable advice about the advantages and disadvantages of such guilty plea offers and about the potential sentencing ranges that would apply in the case;
  c) When applicable based upon the client's immigration status, ensure that the client receives competent advice regarding the immigration consequences in the case as required under *Padilla v Kentucky*, 559 US 356 (2010);
  d) Perform a reasonable investigation of both the facts and the law pertinent to the case (including as applicable, e.g., visiting the scene, interviewing witnesses, subpoenaing pertinent materials, consulting experts, inspecting exhibits, reviewing all discovery materials obtained from the prosecution, researching legal issues, etc.), or, if appropriate, make a reasonable professional judgment not to investigate a particular matter;
  e) Comply with the requirements of the New York State Rules of Professional Conduct regarding conflicts of interest, and when appropriate, timely notify the court of a possible conflict so that an inquiry may be undertaken or a ruling made;
  f) Possess or acquire a reasonable knowledge and familiarity with criminal procedural and evidentiary law to ensure constitutionally effective representation in the case; and
  g) When the statutory requirements necessary to trigger notice from the defense are met (e.g., a demand, intent to introduce the evidence, etc.), comply with the statutory notice obligations for the defense as specified in CPL 250.10, 250.20, and 250.30.

So ordered.

Dated: _____

AR4  FEB 10 2019
HON ___G.U.B.B.A.Y___
Judge or Justice

RPT MACCORMACK

CRC 3295 rev. 11/28/2017

Judges:
Micheal Yavir
Edwin Noville
Joseph Gubba
Rao Archana
Hilary Gingola

Case #
CR-005657-19

74

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

STATE OF NEW YORK
COUNTY OF KINGS

v

TYRONE  CARTHEN

POLICE OFFICER KAMRON CHASE SHIELD NO.11421, OF 079 COMMAND SAYS THAT ON OR
ABOUT FEBRUARY 09,2019 AT APPROXIMATELY 04:25 PM AT FULTON STREET AND NOSTRAND
AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| VTL 1110 | FAILURE TO COMPLY WITH A TRAFFIC CONTROL SIGN |
| VTL 319(1) | FAILURE TO HAVE PROOF OF FINANCIAL SECURITY |
| VTL 401(1)(A) | UNREGISTERED MOTOR VEHICLE |
| VTL 402(1)(A) | IMPROPER DISPLAY OF NUMBER PLATES |
| VTL 509(1) | UNLICENSED OPERATOR |
| VTL 511(1)(A) | AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE THIRD DEGREE |
| VTL 511(2)(A)(IV) | AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE SECOND DEGREE |

IN THAT THE DEFENDANT DID:

OPERATE A MOTOR VEHICLE AND FAIL TO OBEY THE INSTRUCTIONS OF AN OFFICIAL TRAFFIC
CONTROL DEVICE APPLICABLE TO THE OPERATION OF SUCH MOTOR VEHICLE, WITHOUT BEING
DIRECTED TO DO SO BY A TRAFFIC OR POLICE OFFICER; OPERATE A MOTOR VEHICLE UPON
THE PUBLIC HIGHWAYS OF THIS STATE WITHOUT SUCH VEHICLE BEING REGISTERED IN
ACCORDANCE WITH THE PROVISIONS OF THIS ARTICLE; OPERATE A VEHICLE IN THIS STATE
WITHOUT HAVING IN FULL FORCE AND EFFECT THE FINANCIAL SECURITY REQUIRED BY THE
PROVISIONS OF THIS CHAPTER; OPERATE, DRIVE OR PARK A MOTOR VEHICLE ON THE PUBLIC
HIGHWAYS OF THIS STATE AND SUCH VEHICLE DID NOT HAVE A SET OF NUMBER PLATES
ISSUED BY THE COMMISSIONER WITH A NUMBER AND OTHER IDENTIFICATION MATTER, IF
ANY, CORRESPONDING TO THAT OF THE CERTIFICATE OF REGISTRATION, CONSPICUOUSLY
DISPLAYED, ONE ON THE FRONT AND ONE ON THE REAR OF SUCH VEHICLE, EACH SECURELY
FASTENED SO AS TO PREVENT THE SAME FROM SWINGING AND PLACED, WHENEVER REASONABLY
POSSIBLE, NOT HIGHER THAN FORTY-EIGHT INCHES AND NOT LOWER THAN TWELVE INCHES
FROM THE GROUND; OPERATE OR DRIVE A MOTOR VEHICLE UPON A PUBLIC HIGHWAY OF THIS
STATE OR UPON ANY SIDEWALK OR TO OR FROM ANY LOT ADJACENT TO A PUBLIC GARAGE,
SUPERMARKET, SHOPPING CENTER OR CAR WASHING ESTABLISHMENT OR TO OR FROM OR INTO
A PUBLIC GARAGE OR CAR WASHING ESTABLISHMENT WITHOUT BEING DULY LICENSED
PURSUANT TO THE PROVISIONS OF THIS CHAPTER; OPERATE A MOTOR VEHICLE UPON A
PUBLIC HIGHWAY WHILE KNOWING OR HAVING REASON TO KNOW THAT SUCH PERSON'S LICENSE
OR PRIVILEGE OF OPERATING SUCH MOTOR VEHICLE IN THIS STATE OR PRIVILEGE OF
OBTAINING A LICENSE TO OPERATE SUCH MOTOR VEHICLE ISSUED BY THE COMMISSIONER WAS
SUSPENDED, REVOKED OR OTHERWISE WITHDRAWN BY THE COMMISSIONER; COMMIT THE
OFFENSE OF AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE THIRD
DEGREE AS DEFINED IN SECTION FIVE HUNDRED ELEVEN SUBDIVISION ONE SUBDIVISION A
OF THE VEHICLE AND TRAFFIC LAW, AND DEFENDANT HAD IN EFFECT THREE OR MORE
SUSPENSIONS IMPOSED ON AT LEAST THREE SEPARATE DATES, FOR FAILURE TO ANSWER,
APPEAR OR PAY A FINE.

DEPONENT STATES, THAT AT THE ABOVE TIME AND PLACE, WHICH IS A PUBLIC HIGHWAY,
DEPONENT OBSERVED DEFENDANT DRIVING A 1997 NISSAN MAXIMA WITH NO LICENSE PLATE
AFFIXED TO THE FRONT AND REAR OF SAID VEHICLE AND OBSERVED SAID VEHICLE MAKE A
RIGHT TURN FROM FULTON STREET ONTO NOSTRAND AVENUE IN VIOLATION OF TWO POSTED
SIGNS WHICH DEPICTED NO RIGHT TURNS FROM 7AM TO 7PM EXCEPT SUNDAYS.

DEPONENT FURTHER STATES THAT THE DEFENDANT DID NOT PROVIDE PROOF OF FINANCIAL
SECURITY NOR PROOF OF VEHICLE REGISTRATION.

DEPONENT FURTHER STATES THAT DEPONENT CONDUCTED A CHECK OF THE OFFICIAL,
COMPUTERIZED DEPARTMENT OF MOTOR VEHICLES DRIVING RECORD(S) (PURSUANT TO VTL
201) RELATING TO DEFENDANT.

*Judges:*

*Micheal Yavinsky*

*Edwin Novillo*

*Joseph Gubbay*

*Rao Archana*

*Hilary Gingold*

*Case #*

*IR-005657-19KN*

2/20/2019 10:46:21 AM  Draft Copy - Draft Copy

75

DEPONENT OBSERVED SAID RECORD(S) TO INDICATE THAT, AT THE ABOVE TIME, DEFENDANT WAS DRIVING WITH HIS/HER PRIVILEGE TO DO SO HAVING BEEN REVOKED IN THE STATE OF NEW YORK.

DEPONENT FURTHER OBSERVED THE OFFICIAL DEPARTMENT OF MOTOR VEHICLES RECORD(S) TO INDICATE THAT, AT THE ABOVE TIME, DEFENDANT HAD 8 SUSPENSIONS ON 4 DATES.

DEPONENT FURTHER STATES THAT DEPONENT'S BASIS FOR BELIEVING THAT THE DEFENDANT HAD REASON TO KNOW THAT HIS/HER LICENSE WAS SUSPENDED/REVOKED IS AS FOLLOWS: THE ABOVE-DESCRIBED NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES COMPUTER CHECK REVEALED THAT DEFENDANT'S LICENSE WAS SUSPENDED FOR FAILURE TO ANSWER OR APPEAR IN RESPONSE TO A TRAFFIC SUMMONS, AND ALL SUCH SUMMONS HAVE PRINTED ON THEM THE WARNING "IF YOU DON'T ANSWER THIS TICKET BY MAIL WITHIN 15 DAYS YOUR LICENSE WILL BE SUSPENDED".

DEPONENT FURTHER STATES THAT THE NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES MAILS A NOTICE OF SUSPENSION TO ANY SUCH PERSON AT THEIR LAST KNOWN ADDRESS.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

02/20/19
DATE

SIGNATURE

Judges:

Micheal    Yavinsky
Edwin      Novillo
Joseph     Gubbay
Rac        Archana
Hilary     Gingold

Case #

CR-CC5657-19KN

76