

EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Carthen, Tyrone Laval

                 Plaintiff,

-against-

The City of New York Police Department
79th Precinct

                Defendants.
-----------------------------------------------------------X

**AMENDED COMPLAINT**

19 CV -6392 (BMC)(LB)

"See Attached" Names in Personal Capacity:

(1) The City of New York Police Department 79th Precinct (Agency) 263 Tompkins Avenue, Brooklyn, New York 11216
(2) Ortiz, Juana
(3) Chase, Kamron
(4) Doe, John aka Hunter, Shield No 21769
(5) Gonzalez, Eric
(6) Mckellar, Shaneka
(7) Birbach, Stuart
(8) Dechalus, Henry
(9) Schroeder, Mark J.F
(10) Yavinsky, Michael
(11) Novillo, Edwin
(12) Archana, Rao
(13) Gubbay, Joseph
(14) Gingold, Hilary
(15) Smoot, James
(16) Doe, John aka Joe, Shield No. 265
(17) Napollitano, Terry
(18) Julian, K.
(19) Williams, Kimberly
(20) Jenkins, Monica
(21) Jeffries, Raniesha
(22) Znamenshchikova, Anna
(23) Cummings, Dalila
(24) Maccormack, Nathan
(25) Vidals, Kimberly

RECEIVED FEB 21 2020 PRO SE OFFICE

Judges:
Michael Yavinsky, Rao Archana
Edwin Novillo, Hilary Gingold
Joseph Gubbay

Case # CR-005657-19KN

AMENDED COMPLAINT
III Statement of Claim
A.
Brooklyn, New York, Nostrand Avenue and Herkimer Street.

B.
On Febuary 9, 2019, Time: 4:25 pm

C.
1. I was traveling on Fulton Street and made a right turn onto Nostrand Avenue and Officer's Chase, Kamron shield number 11421 and Ortiz, Juana shield number 8870 stop me on Nostrand Avenue and Herkimer Street and told me I made an illegal turn, and then asked me for license
2. and registration and my response was that I'm a traveler not a driver or operator which my tag in the rear upper left corner of the window exhibited, TRAVELER-NOT-4-HIRE A Traveler not a
3. driver/operator or employed by an employer, the officers acted as if they didn't understand so I asked the officers to call a lieutenant or captain down to the scene so I could explain to them that
4. I am not functioning within commerce and as I was speaking to officer Chase, Kamron shield number 11421 and officer Hunter shield number 21769, officer Ortiz, Juana shield number 8870 enter my private property from the rear door attempting to place me in the chokehold then officer Chase, Kamron shield number 11421 and officer Hunter shield number 21769 began to grab and
5. coerce me out the front seat of my private property against my free will, my children's mother Joyner, Marquita and her friend Mooney, Lillian was present to witness the Officers assaulted me, sexually abused me, and then was kidnapped by Hunter shield number 21769 and one unknown female officer who took me to The City of New York Police Department 79TH Precinct were they further sexually assaulted me and held me hostage for hours against my will.
6. Gonzalez, Eric and Mckellar, Shaneka for The Brooklyn District Attorney's Office and Associates, maliciously tried to prosecute me without a valid contract. Schroeder, Mark J.F. for The State of New York Department of Motor Vehicles made false statements (defamation of character) that led to me being unlawfully arrested. Micheal Yavinsky Supervising Judge for Kings County Criminal Court neglected to prevent his fellow Judges Novillo, Edwin, Gubbay, Joseph, Archana, Rao and Gingold, Hilary for Kings County Criminal Court from violating me and my civil rights along with Smoot, James for Kings County Criminal Court Clerk's Office administered the fraudulent case and tried to force their lawyers **Birbach, Stuart** and **Dechalus, Henry Philip** on me waving my rights and I still haven't received the entire case file which has been requested several times and refused, and using intimidation tactics by Court Officer's Joe Shield #265 and Napollitano Terry shield # unknown threating to lock me up if me and my family didn't leave the court room because I refused services from their lawyers, for speaking for myself to Judge Novillo, Edwin, I was kicked out by the court officers who said that they would call me back in when they recalled my case, but instead they had court without me while I was

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold    17 Case# CR-005657-19KN

waiting in the hallway for the court to recall my case a couple of times this happened and on 09-12-2019 the case was dismissed and I was told to pick up the disposition the next day and on my return to retreive the disposition, I learned I had a warrant issued for my arrest for failure to appear shown in exhibit 5 page 28, the courts maliciously prosecuted me for almost a year with Gonzalez, Eric and Mckellar, Shaneka for The Brooklyn District Attorney's Office and Associates who dismissed the case on January 14, 2020, The city of New York and the above mentioned employees are in violation of my civil rights, due process of law, eqaul protection of the laws, defamation of character, liberty to travel, idenity theft, false statements, fraud, defraud, malicious prosecution, acts under color of law. The Stenographers are in violation of Title 18 U.S. Code Section 4, and Title 42 United States Code section 1986. Defendants are in violations of Title 18 United States Code section 4, Title 18 United States Code section 241, 242, 245(b)(2)(B), Title 18 United States Code section 1028A(a)(1)(c)(4), Title 18 United States Code section 1341, Title 18 United States Code section 1001(1)(2)(3), Title 42 United States Code section 1985(2)(3), Title 42 United States Code section 1986, The Constitution of the State of New York   Bill of Rights violations: Article 1 sections 1, 6, 7, 8, 11, 12, Article 13 section 1. United States Constitution violations: Article 1 section 9 paragraph 3, Article 6 paragraph 3, Bill of Rights Amendments 1, 4, 5, 6, 8, 13th Amendment, 14th Amendment section 1.

Judges: Michael Yavinsky, Edwin Novillo, Joseph Gubbay, Rao Archana, Hilary Gingold

Case# CR-005657-19KN