**Rec. In P Drive
7/20/20 RG

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Tyrone Carthen
    19-cv-6392 (BMC)(LB)

cc:

2020 JUL 17 PM 1:06
*FILED*

Your Honor

I missed a call from Mr. Khairy at 2:16pm and Mr. Khairy called me again at 2:35pm on July 15, 2020 asking me for an extension and I told him that I could not and am not going to overrule what you your Honor has requested for defense counsel to provide to me in the time limit you subscribed. I told Mr. Khairy that he will have to address you with that matter. I recevied an Email from Defense counsel claiming your Honor granted and extension on grounds that I Just flatout refused when that's not the case your Honor, I told Mr. Khairy that he would have to take it up with Your Honor, you judge, and in his response to you Honorable Lois Bloom, magistrate judge was that plant if provided no other indicated reason for refusing to consent with this request.

I want the court to pull up counsels phone record communication recordings to retreive the conversation from 7-15-2020 at 2:35 pm and you judge will hear exactly what I am telling Mr. Khairy and this will prove Mr. Khairy is untrust worthy and does not and should not be granted an extension. Your Honor, we agreed there would be no emailing regarding this process we are to use united states postal service. Mr. Khairy is in violation of due process. Your Honor I feel this is a tactic to prolong the situation at hand, people are following and stalking me everyday I come outside and leave the house. Your Honor I am a stand up man for right. The system has assassinated my character I will not allow them to assassinate me on account their in violation of natural rights, civil rights, and constitutional protected rights.

Carthen, Tyrone Lavel
~~Your Honor~~

Classie Dockery
CLASSIE DOCKERY
COMMISSIONER OF DEEDS
City of New York - No. 212903
Qualified in Kings County
Commissioner Expires December 1, 2020

July 17, 2020