FILED IN CLERK'S OFFICE U.S. COURT E.D.N.Y. ★ AUG 04 2020 ★ BROOKLYN OFFICE

RECEIVED AUG 04 2020 PRO SE OFFICE

*Rec in P drive 8/6/20 RG

Dear Hon. Lois Bloom,
Hon. Brian M. Cogan
Ref. Case # 19-cv-6392

I am writing this letter to inform you that Mr. Khairy has not release the names and sheild numbers, as instructed by Hon. Lois Bloom, instead Mr. Khairy sent me a frivolous interrogation package when Mr. Khairy knows this case has no medical reports this is another scheme by defendants counsel to hinder the process of this case Mr. Khairy is also in voilation of the due process clause constitutional protected right. Its been agreed upon by Hon. Lois Bloom, myself and Mr. Khairy that everything relating to this case would be sent via USPS. but Mr. Khairy insist on Emailing me instead of sending by USPS which is a voilation of due process. I would greatly appreciate it if you could again inform Mr. Khairy to release the names and sheild numbers of all the defendants in the photo's I sent him by certified mail / return receipt, and Im also requesting their displinary records as well. — Thank you in advance

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

BROOKLYN OFFICE

Date 07/27/2020    Carthen, Tyrone Laval
                   Carthen, Tyrone Laval
                   257 Nostrand Avenue
                   Brooklyn, New York 11205
                   #525

Subscribed and sworn to before me
this 27 day of July 2020

_Classie Dockery_
Notary Public

**CLASSIE DOCKERY**
COMMISSIONER OF DEEDS
City of New York - No. 212903
Qualified in Kings County
Commissioner Expires December 1, 2020

CC
Hon. Brian M. Cogan
225 Cadman Plaza East
Brooklyn, New York 11201

Hon. Lois Bloom
225 Cadman Plaza East
Brooklyn, New York 11201

Carthen, Tyrone Laval
357 Nostrand Avenue #525
Brooklyn, New York 11205

**RECEIVED AUG 04 2020 PRO SE OFFICE**

**FILED AUG 04 2020 IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ BROOKLYN OFFICE ★**

Hon. Brian M. Cogan
225 Cadman Plaza East
Brooklyn, New York 11201

CERTIFIED MAIL
7019 1640 0000 9049 5706



U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY 11216
JUL 27, 20
AMOUNT $7.40
R2305H129021-22

