Honorable Brain M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED
HON Brian M Cogan
DEC 01 2020

*Rec. in p drive 12/2 rg

Re: Case Number 19-CV-6392 (BMC) (LB) & Claim File Number: 2020P1002840

Your Honor:

I received both their October 15th & 29th 2020 letters speaking of relying on their motion for summary judgment, Your Honor I object to the defendants request for a stay or motion for summary judgment, the defendants has failed to send plaintiff the officers information such as names, shield/license numbers for the sergeant, lieutenant, and officers in the photos, 79th Precinct's Employee Identification Number their working under, their hazard insurance bond numbers, etc.. Your Honor their asking plaintiff to provide them with information they already have counsel knows I didn't receive medical attention, so why ask the plaintiff for Medicaid and Medicare information, those accounts do not have anything to do with this case bottom line is that plaintiff do not have a valid contract with The New York City Police Department nor Kings County District Attorney Office or the New York State Department of Motor Vehicles for them to be taking plaintiff against plaintiff's will and plaintiff's property which 79th precinct took a photo copy of my car Title the case is over and plaintiff wants it back or a notice it was destroyed, the 79th precinct has been stalking plaintiff since the 02/09/2019 case and still are stalking plaintiff. Counsel has failed to provide plaintiff with information the court ordered on the conference call. Your Honor I object to counsel and defendants request for a motion for summary judgment. Your Honor in the interest of justice for their violations this case should go to trial because you have the officers body cam showing the opposite of my witness saw and I went through, something totally different than what the body cam is showing. The plaintiff knows the body cam has been altered because it's not showing everything that happened, so Your Honor, I object to the defendants motion for summary judgment.

Date: 11/12/2020

By: _[signature]_
257 Nostrand Avenue Box 525
Brooklyn, New York [11205]

cc: Mostafa Khairy
The City of New York Law Department
100 Church Street
New York, New York 10007

_[signature]_ Classie Dockery
CLASSIE DOCKERY
COMMISSIONER OF DEEDS
City of New York - No.212903
Qualified in Kings County
Commissioner Expires December 1, 2020
November 18, 2020

Carthen, Tyrone-Laval
357 Nostrand Avenue
Brooklyn, New York 11205
Box 525

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

7039 1640 0000 9049 5676

11201-183299

U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY 11226
NOV 18, 20
AMOUNT
$6.95
R2305K132956-07



